893 F.2d 1405w
 58 USLW 2464, Fed. Sec. L. Rep. P 94,899
 Irving A. BACKMAN, et al., Plaintiffs, Appellees,
v.
POLAROID CORPORATION, Defendant, Appellant.
Irving A. BACKMAN, et al., Plaintiffs, Appellants,
v.
POLAROID CORPORATION, Defendant, Appellee.
 Nos. 89-1171, 89-1172.
 United States Court of Appeals,
First Circuit.
 Heard Sept. 7, 1989.
Decided Jan. 23, 1990.
As Amended Jan. 23, 1990.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION